IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                     No. 4:12-cr-109-DPM

BRADLEY HAWKS                               DEFENDANT

### ORDER

Hawks moves unopposed to continue his 30 May 2013 plea hearing. № 69. Motion granted. The hearing is reset for Thursday, 20 June 2013 at 11:00 a.m.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 May 2013