IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                     No. 4:12-cr-109-DPM-3

BRADLEY ALLAN HAWKS                      DEFENDANT

## ORDER

With the benefit of more information, including the final draft presentence report dated 10 September 2013, to which there are no objections, № 91, the Court accepts the proposed Rule 11(c)(1)(C) plea agreement. The Court directs the Clerk to file the agreement.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 October 2013